IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VICKI D. BROWN                                                                PLAINTIFF

v.                                  Civil No. 07-3053

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to **provisionally file** the complaint *nunc pro tunc* as of October 17, 2007.

Plaintiff's *in forma pauperis* application will be returned to plaintiff's counsel by the United States District Clerk without filing due to her failure to complete the entire application. Plaintiff has indicated that her husband works but has failed to include information concerning her husband's income. As Arkansas is a community property state, plaintiff is required to report these funds to the court. Accordingly, plaintiff is given up to and including November 5, 2007, in which to furnish the court with a completed application or pay the filing fee. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

Service shall not issue in this matter until a completed *in forma pauperis* application has been returned to the court.

IT IS SO ORDERED on this the 18th day of October 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 2 2 2007

CHRIS R. JOHNSON, CLERK
BY
          DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)